**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Nationstar Mortgage LLC, Respondent,

v.

Norman D. Lowery, Appellant.

Appellate Case No. 2015-002253

———————

Appeal From York County
S. Jackson Kimball, III, Master-in-Equity

———————

Unpublished Opinion No. 2018-UP-227
Submitted April 1, 2018 – Filed June 6, 2018

———————

**APPEAL DISMISSED**

———————

Norman D. Lowery, of Clover, pro se.

Robert A. Muckenfuss and Trent M. Grissom, both of McGuireWoods LLP, of Charlotte, North Carolina; and Andrew William Montgomery, of Rogers Townsend & Thomas, PC, of Columbia, all for Respondent.

———————

**PER CURIAM:** Dismissed pursuant to Rule 220(b), SCACR, and the following authorities: *Winesett v. Winesett*, 287 S.C. 332, 334, 338 S.E.2d 340, 341 (1985) ("[A] default judgment may not be appealed to this [c]ourt."); *id.* ("The proper procedure for challenging a default judgment is to move the [Master-in-Equity] to

set aside the judgment pursuant to Rule 60(b), SCRCP.  An appeal may then be taken from the denial of this motion.").

**APPEAL DISMISSED.**[1]

**SHORT, THOMAS, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.